UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Birsen Sanliturk, individually and on behalf of all others similarly situated,

    Plaintiff,

-against-

Halsted Financial Services LLC, LVNV Funding, LLC and Alltran Financial, LP,

    Defendant.

Case No: 1:20-cv-01170-WFK-RML

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: August 5, 2020

**GORDON & REES, LLP**

By: /s Peter Siachos
Peter Siachos, Esq.
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
Tel: (973) 549-2500
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By: /s Craig B. Sanders
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 118813
*Attorneys for Plaintiff*

The application is ✓ granted.
SO ORDERED ~~denied.~~

s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: August 5, 2020
Brooklyn, New York